# EXHIBIT C



March 20, 2012

**VIA CERTIFIED MAIL - RRR and REGULAR MAIL**
Mr. Michael Gano
Cottman Transmission Center
Route 136, West Newton Road
Greensburg, PA  15601

        Re:    **Breach of License Agreement**
                 **Cottman Transmission Center**
                 **Route 136, West Newton Road**
                 **Greensburg, PA  15601**

Dear Mr. Gano:

This letter shall serve as Formal Notice of the following breaches of your License Agreement dated December 16, 2008, with Cottman Transmission Systems, LLC.  First, as of March 17, 2012, you have failed to pay continuing advertising fees in the amount of Five Thousand Two Hundred Fifty Dollars ($5,250.00) on gross sales in violation of Section 9 of your License Agreement.  In addition, you have failed to submit weekly business reports for weeks ending 2/18/12 thru 3/17/12.  The projected license fees based on your verbal gross sales owed for these unreported weeks are $1,000.00.  You have also been assessed for returned EFT's, late fees and other miscellaneous items which together total Three Thousand Five Hundred Twenty Dollars and Eighty-Seven Cents ($3,520.87).  Demand is hereby made that payment in the amount of Nine Thousand Seven Hundred Seventy Dollars and Eighty-Seven Cents ($9,770.87) be made in full to this office within ten (10) days of this letter.

Under the terms of the License Agreement, Cottman is giving you ten (10) days within which to cure the breaches noted above.  If you fail to cure said breaches and fully comply with all terms of your License Agreement within the time period provided, Cottman may exercise its right to terminate your License Agreement without further warning.  Further, this notice is without prejudice to any rights Cottman may have to effect an immediate termination based on other breaches of the License Agreement.

Sincerely yours,
COTTMAN TRANSMISSION SYSTEMS, LLC

*(signature)*

William B. Jameson
Vice President and General Counsel

cc:    Randy Wright, Mike Sumsky, Jim Goniea, Joe Josko, Bill Gordon, Steve Freeman

---

**CottmanTransmission Systems, LLC**
**201 Gibraltar Road • Horsham, PA 19044 • 215.643.5885 • www.cottman.com**