

**WY**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

**APPENDIX G**

Cottman Transmission Systems, LLC

            V.

Michael Gano
and
412 Automotive, L.P.

Civil Action No: **12  5223**

## DISCLOSURE STATEMENT FORM

Please check one box:

☐    The nongovernmental corporate party, _____, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

☒    The nongovernmental corporate party, Cottman Transmission Systems, LLC, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

American Driveline Systems, Inc.

_____
_____
_____

9/11/12
Date

_[Signature]_
Signature

Counsel for: Cottman Transmission Systems, LLC

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**
    (a) WHO MUST FILE: NONGOVERNMENTAL CORPORATE PARTY. A nongovernmental corporate party to an action or proceeding in a district court must file two copies of a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.
    (b) TIME FOR FILING; SUPPLEMENTAL FILING. A party must:
        (1)    file the Rule 7.1(a) statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court, and
        (2)    promptly file a supplemental statement upon any change in the information that the statement requires.