AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court _____EDPA_____ on the following

☑ Trademarks or   ☐ Patents.   ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>12-5223 | DATE FILED<br>9/12/2012 | U.S. DISTRICT COURT<br>EDPA | |
|---|---|---|---|
| PLAINTIFF<br>COTTMAN TRANSMISSION SYSTEMS, LLC<br>201 GIBRALTAR RD., STE. 150<br>HORSHAM, PA 19044 | | DEFENDANT<br>MICHAEL GANO & 412 AUTOMOTIVE, L.P.<br>ROUTE 136, WEST NEWTON ROAD<br>GREENSBURG, PA 15601 | |
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK | |
| 1  SEE ATTACHED | | SEE ATTACHED | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | | |
|---|---|---|---|
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

DECISION/JUDGEMENT

JUDGMENT IS ENTERED IN COTTMAN'S FAVOR AND AGAINST THE DEFENDANTS GANO AND 412 AUTOMOTIVE IN THE AMOUNT OF $14,637.43, JOINTLY AND SEVERALLY, PLUS INTEREST., filed.

| CLERK<br>MICHAEL E. KUNZ | (BY) DEPUTY CLERK | DATE<br>5/6/2013 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director   Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director   Copy 4—Case file copy

| TRADEMARK | PRINCIPAL REGISTER |
|---|---|
| Cottman Man (Robot Design) | 1,052,610 |
| Cottman | 817,999 |
| We Fix Transmissions One Thank You At A Time | 2,020,133 |
| Transcheck 21 Plus | 1,991,413 |
| Cottman Man | 1,012,437 |
| Transmission Physician Design | 2,023,747 |
| Transmission Physician | 2,143,169 |
| Cottman Transmission (New Design) | 2,906,318 |